IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CRISTINA DAWSON GARCIA

        Plaintiff,

CASE No.: CACE-20-014615 (04)
CIVIL CASE

v.

ROSS DRESS FOR LESS, INC.,

        Defendant(s).
_____/

## AMENDED COMPLAINT

The Plaintiff, CRISTINA DAWSON GARCIA, by and through her undersigned counsel, sues Defendant, DRESS FOR LESS, INC., (hereinafter, "Ross" or "Defendant") and states as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of THIRTY THOUSAND (30,000.00) DOLLARS.

2. At all times material hereto, Plaintiff, CRISTINA DAWSON GARCIA was a resident of Miramar, Florida and otherwise sui juris.

3. At all times material hereto, Defendant, DRESS FOR LESS INC., was a Foreign Profit Corporation authorized to do business in Broward County, Florida. The Defendant operates a clothing store located at Fountains of Miramar Store 3001 SW 160th Ave, Miramar, FL 33027.

4. Venue is proper in this Court because the alleged tortious conduct occurred in Broward County Florida.

## GENERAL ALLEGATIONS

5. On or about October 6, 2019, CRISTINA DAWSON GARCIA, a business invitee of Defendant, at the store located at 3001 SW 160th Avenue, Miramar, FL 33027

6. The Plaintiff was shopping in the store. During her visit she used the restroom, after exiting the restroom she walked past the dressing room area when she slipped and fell. The Plaintiff slipped and fell because there were particles of debris on the floor. The Defendant had a common-law duty of care owed as an entity in possession or control of a business premises and breached that duty.

7. After she fell, the Plaintiff saw small rocks on the floor that were in color similar to the colors of the floor. The floor was dirty through the area and had been like that for a long time.

8. At all times material hereto, the Defendant had actual or constructive knowledge that the transitory foreign objects caused a dangerous condition and should have taken action to remedy it. The Defendant knew that:

   a) The dangerous condition existed for such a length of time that, and in the exercise of ordinary care, the business establishment should have known of the condition;

   b) The condition occurred with regularity and was therefore foreseeable.

9. At all times material hereto, the Defendant was negligent in breaching its duties in the following ways:

   i. Failing to provide a safe environment for a business invitee, specifically CRISTINA DAWSON GARCIA;

   ii. Failing to ensure that floor at the store is clean and free of debris

2

iii. Failing to require store employees to sweep and clean the floors

iv. Failing to require placement of signs or warning for customers to be careful due to debris on the floor as they walked by.

v. Failing to warn CRISTINA DAWSON GARCIA of the dangerous condition due to debris on the floor at the store which caused her fall.

## COUNT I
## NEGLIGENCE AS TO DEFENDANT

Plaintiff, CRISTINA DAWSON GARCIA, re-avers and re-alleges every allegation contained in the General Allegations Paragraphs 1 through 9 as if fully set forth herein and would further allege as follows:

9. On or about October 6, 2019, the Plaintiff was lawfully on Defendant's premises as a customer and a business invitee.

10. At all times material hereto, Defendant was responsible for the operation, maintenance, safety, as well as the following of store policies and procedures, and/or warning of dangers at the aforementioned premises.

11. At said time and place, while in said premises, Plaintiff was caused to slip/trip and fall on liquid that remained on the floor within the Defendant's premises.

12. The dangerous condition was created by or was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it.

13. The Defendant was further negligent in not correcting and providing adequate warning of said condition for Plaintiff's safety.

14. At all times material hereto, Ross had a duty to maintain the premises of the property owned and maintained in a safe and careful manner and free of dangerous conditions.

15. As a direct and proximate result of the acts on the part of the Defendant, Plaintiff was seriously and severely injured and was thereby rendered sick, sore, lame and otherwise disabled. Plaintiff sustained injuries, which were caused, activated and/or aggravated by the accident herein sued upon, and Plaintiff shall suffer losses and impairments in the future.

16. As a direct and proximate result of the acts of Defendant, the Plaintiff has in the past and will in the future undergo painful and extensive medical care and treatment and has in the past incurred and will in the future incur medical bills and expenses attendant to her aforesaid injuries.

17. As a further direct and proximate result of the aforesaid careless and negligent conduct on the part of the Defendant, the Plaintiff has in the past and will in the future suffer great pain and anguish of body and mind, as well as loss of capacity for the enjoyment of life.

18. That as a further, direct and proximate result of the negligence of the Defendant, the Plaintiff has in the past sustained and will in the future sustain loss of earnings and earning capacity.

**WHEREFORE,** the Plaintiff, CRISTINA DAWSON GARCIA, hereby demands judgment against the Defendant in an amount to be proven at trial, together with post judgment interest and costs and all other costs and fees the Court deems fair and just.

## DEMAND FOR JURY TRIAL

Plaintiff, CRISTINA DAWSON GARCIA hereby demands a trial by jury in this action of all issues so triable.

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that a true copy of the foregoing has been furnished via e-mail Pursuant to Rule 2.516, Fla. R. Judicial Administration **on this 20th day of November, 2020 to:**

Daniel F. Ieraci, Esq.,
Fla. Bar No.: 124388
Wicker, Smith, O'hara, McCoy & Ford, PA
515 E. Las Olas Boulevard
Sun Trust Center Suite 1400
Ft. Lauderdale, FL 33301
Phone: 954-847-4800
Fax: 954-760-9353
Email for Service: ftlcrtpleadings@wickersmith.com

Respectfully submitted,

/s/Andres H. Lopez
Andres H. Lopez, Esq.
Fla. Bar No. 0067564
The Andres Lopez Law Firm, PA
7351 Wiles Road, Suite 101
Coral Springs, FL 33067
Main office Phone: 954-237-8138
Direct Line: 954-906-5684
Facsimile: 877-395-7558
Email: eservice@alopezlawfirm.com
*Attorney for Plaintiff*